UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY YEGOROV,<br><br>              Plaintiff,<br><br>      v.<br><br>SECRET SERVICE,<br><br>              Defendant. | No.  2:15-cv-1693 JAM CKD PS<br><br>ORDER AND<br><br><u>ORDER TO SHOW CAUSE</u> |

     Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

     Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

     The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The complaint does not allege a basis for subject matter jurisdiction in this court.  The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

1

subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted; and

2. No later than September 1, 2015, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  August 20, 2015

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 yegorov1693.ifp.nosmj.osc