1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DMITRIY YEGOROV,                          No.  2:15-cv-1693 JAM CKD PS

12                  Plaintiff,

13        v.                                    FINDINGS AND RECOMMENDATIONS

14   SECRET SERVICE,

15                  Defendant.

16

17        Plaintiff is proceeding in this action pro se and in forma pauperis.  In this action, plaintiff

18   alleges claims against employees of the Secret Service.  The complaint fails to set forth a basis for

19   subject matter jurisdiction.

20        By order filed August 20, 2015, plaintiff was ordered to show cause no later than

21   September 1, 2015 why this action should not be dismissed for lack of subject matter jurisdiction.

22   Plaintiff has not filed a response to the order to show cause.  There being no evident basis for

23   subject matter jurisdiction, the court will recommend that this action be dismissed.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

25   subject matter jurisdiction.

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 4, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  yegorov1693.nosmj.57

2